■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HARDGERS, Appellant. [636 NYS2d 517] —Judgment unanimously affirmed. Memorandum: Supreme Court properly refused to instruct the jury on the defense of justification; no reasonable view of the evidence established the elements of the defense *(see, People v Reynoso,* 73 NY2d 816). Defendant contends that the court should have suppressed the gun because his sister lacked authority to consent to the search. We disagree. Here, the "searching officers rel[ied] in good faith on the apparent capability of [defendant's sixteen-year-old sister] to consent to a search and the circumstances reasonably indicate[d] that [she did], in fact, have the authority to consent" *(People v Adams,* 53 NY2d 1, 9, *rearg denied* 54 NY2d 832, *cert denied* 454 US 854; *see, People v Bostic* [appeal No. 1], 222 AD2d 1073 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Assault, 1st Degree.) Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.